**Order entered December 10, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00774-CV

**ROHRMOOS VENTURE, ET AL., Appellants**

**V.**

**UTSW DVA HEALTHCARE, LLP, Appellee**

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-10-15959**

## ORDER

We **GRANT** appellants' December 5, 2014 unopposed motion for leave to file a corrected appellants' brief. Appellants shall file an amended brief correcting the citations to the reporter's record by **DECEMBER 22, 2014**.

/s/    ELIZABETH LANG-MIERS
         JUSTICE